AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | | |
|---|---|---|
| CRYSTAL ALLEN <br> *Plaintiff(s)* <br> v. <br><br> JONDREA NICHOLSON, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   1:12CV156 |

ORIGINAL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jeffery Homer
c/o Carna Metheney-White
1739 St. Marys Avenue
Parkersburg, WV   26101

FOR RETURN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Crystal Allen
303 Cottage Avenue
West Union, WV   26456


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____10/9/2012_____                                                     _____/s/ C. Daniels_____
                                                                                                    *Signature of Clerk or Deputy Clerk*

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>CRYSTAL ALLEN | COURT CASE NUMBER<br>1:12CV156 |
|---|---|
| DEFENDANT<br>JONDREA NICHOLSON, et al. | TYPE OF PROCESS<br>Civil Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JEFFERY HOMER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
ATTN: CARNA METHENEY-WHITE, 1739 ST MARYS AVENUE, PARKERSBURG, WV 26101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CRYSTAL ALLEN
303 COTTAGE AVENUE
WEST UNION, WV  26456

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

FILED OCT 16 2012
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RECEIVED OCT 10 2012
UNITED STATES MARSHAL
Northern/West Virginia

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Carole Daniels, Deputy Clerk for
TELEPHONE NUMBER: 304-637-2140
DATE: 10/9/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 87 | District to Serve No. 87 | Signature of Authorized USMS Deputy or Clerk | Date 10-11-12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Carna Metheney

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
1739 St. Marys Avenue
Parkersburg, WV 26101

Date: 10-11-2012
Time: 1352 ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>$220.00 | Total Mileage Charges including endeavors<br>$79.92 | Forwarding Fee | Total Charges<br>$299.92 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$299.92 |
|---|---|---|---|---|---|

REMARKS: 72 miles one way, X 2 = 144 miles X .55 1/2 ¢ per mile
- 1 Endeavor, 2 DUSMs @ $55.00 an hour / 2 hours

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80